**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA, | No. CV 25-9097-DMG (JCx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNIX PACKAGING, LLC, | |
| Defendant. | |

The Court, having granted, in part, the Plaintiff's Motion for Default Judgment [Doc. # 16], it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered in favor of Plaintiff Export Development Canada against Defendant Unix Packaging, LLC, in the total sum of $913,474.64, which includes principal of $835,418.60, prejudgment interest of $77,536.04 calculated in accordance with 28 U.S.C. section 1961, and costs of $520 pursuant to 28 U.S.C. § 1920.

2. Post-judgment interest will continue to accrue pursuant to 28 U.S.C. section 1961 until this judgment is fully paid, and Export Development Canada shall have immediate execution on this judgment.

**IT IS SO ORDERED.**

DATED: December 19, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE